**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ROCHELLE WARD, ) | |
| ) | CASE NO. 1:09-cv-00500 |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | **JUDGMENT ENTRY** |
| ) | |
| Defendant. ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is affirmed and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

s/ Greg White<br>
U.S. Magistrate Judge

Date: January 29, 2010